IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS W. CARLOCK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No. 16-cv-1274-JPG-CJP ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM and ORDER

**GILBERT, District Judge:**

In accordance with 42 U.S.C. § 405(g), plaintiff Louis W. Carlock is before the Court, represented by counsel, seeking review of the final decision of the Commissioner of Social Security denying his application for Supplemental Security Income benefits.

Plaintiff filed his complaint against the Commissioner of Social Security in November 2016 (Doc. 1). Plaintiff's complaint indicates that plaintiff is a resident of Shelby County, Illinois. Venue for this suit is proper in the U.S. District Court "for the judicial district in which the plaintiff resides," in this case, the Central District of Illinois where Shelby County is located. 42 U.S.C. § 405(g).

Accordingly, IT IS ORDERED that the complaint is **TRANSFERRED** to the United States District Court for the Central District of Illinois. This matter shall be **STRICKEN** from the active docket of the Court.

**IT IS SO ORDERED.**
**DATED: December 2, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**